FILED
U.S. BANKRUPTCY COURT

2011 JAN 21 A 10:18

S.D. OF N.Y.

Certificate Number: 04174-NYS-CC-013231939

04174-NYS-CC-013231939

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 7, 2010</u>, at <u>11:15</u> o'clock <u>AM MST</u>, <u>Roy Den Hollander</u> received from <u>Take Charge America, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>December 7, 2010</u>    By: <u>/s/Travis Caddell</u>

Name: <u>Travis Caddell</u>

Title: <u>Supervisor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).