# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0208−1 | User: mlporter | Date Created: 1/21/2011 | |
| Case: 11−10211−mg | Form ID: b9a | Total: 31 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Roy Den Hollander | 545 East 14 St   10D   New York, NY 10009 | |
| ust | United States Trustee | 33 Whitehall Street   21st Floor   New York, NY 10004 | |
| tr | Yann Geron | Fox Rothschild, LLP   100 Park Avenue   Suite 1500   New York, NY 10017 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300 | |
| smg | United States Attorney | One St. Andrew's Plaza   Claims Unit – Room 417   New York, NY 10007−1701 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor   Attn: Legal Affairs – Devora Cohn   Brooklyn, NY 11201−3719 | |
| 5422906 | ADVANCED CALL CENTER LLC | PO BOX 9090   GRAY, TN 37615 | |
| 5422885 | ADVANTA BANK CORP. | PO BOX 8088   PHILADELPHIA, PA 19101−8088 | |
| 5422886 | AMERICAN EXPRESS | PO BOX 981537   EL PASO, TX 99980 | |
| 5422887 | BANK AMERICA | PO BOX 17054   WILMINGTON, DE 19850 | |
| 5422898 | CAPITAL MANAGEMENT | PO BOX 15316   BUFFALO, NY 14210 | |
| 5422888 | CHASE BANK | 800 BROOKSEDGE BLVD.   WESTERVILLE, OH 43081 | |
| 5422890 | CITICARDS/CITIBANK | PO BOX 6241   SIOUX FALLS, SD 57117 | |
| 5422900 | CLIENT SERVICES INC. | 3451 HARRY TRUMAN BLVD.   ST. CHARLES, MO 63301−4047 | |
| 5422891 | DISCOVER FINANCIAL SERVICES | PO BOX 15316   WILMINGTON, DE 19850 | |
| 5422903 | FIA CARD SERVICES | PO BOX 15026   WILMINGTON, DE 19850−5026 | |
| 5422895 | FINANCIAL RECOVERY SYSTEMS | PO BOX 385908   MINNEAPOLIS, MN 55438 | |
| 5422893 | FOSTER &GARBUS | PO BOX 9030   FARMINGDALE, NY 11735 | |
| 5422907 | HANNA &ASSOCIATES | 1427 ROSWELL RD   MARIETTA, GA 30062 | |
| 5422889 | MACY'S | 9111 DUKE BLVD   MASON, OH 45040 | |
| 5422901 | NATIONWIDE CREDIT INC. | 2015 VAUGHN RD NW, 400   KENNESAW, GA 30144−7802 | |
| 5422899 | NCO FINANCIAL SYSTEMS | PO BOX 15630, DEPT. 72   WILMINGTON, DE 19850 | |
| 5422896 | OMNI CREDIT SERVICES | PO BOX 31179   ORLANDO, FL | |
| 5422908 | PHILLIPS &COHEN | BOX 5790   HAUPPAUGE, NY 11788 | |
| 5422897 | PRAXIS FINANCIAL SOLUTIONS | 7331 N LINCOLN AVE, STE 8   LINCOLNWOOD, IL 60712 | |
| 5422902 | SAGE CAPITAL RECOVERY | 1040 KINGS HWY N   CHERRY HILL, NJ 08034 | |
| 5422892 | SPRINT | PO BOX 105243   ATLANTA, GA 30348−5243 | |
| 5422905 | UNITED COLLECTION BUREAU | 5620 SOUTHWYCK BLVD, 208   TOLEDO, OH 43614 | |
| 5422894 | UNITED RECOVERY SYSTEMS | PO BOX 722910   HOUSTON, TX 77272−2910 | |
| 5422904 | ZWICKER &ASSOCIATES PC | PO BOX 101145   BIRMINGHAM, AL 35210 | |

TOTAL: 31