In re Roy Den Hollander, Schedule B, personal Property, **Amendment**  Case 11-10211

21. Causes of action

| Caption/Number | Nature | Court | Status |
|---|---|---|---|
| Den Hollander v. Regents and USA 10 CV 9277 | Civil Rights | SDNY | Pending |
| Den Hollander v. Steinberg et al. 021283 Cv 06 | Defamation | NY Civ Ct. | Pending |
| Den Hollander v. Fasano 102057 Cv 07 | Nuisance | NY Sup Ct | Pending |
| Den Hollander v. Donovan et al. 08-cv-4045(FB)(ECF) | Copyright | EDNY | Appeal 2d Cir. |
| Den Hollander v. Amnesia MPA 11-1024266 | Civil Rights | NYC Human Rts | Pending |
| Den Hollander v. MacDonald 43629 cv 2009 (value unknown because collection highly unlikely) | Attorney fees | NY Civ. Ct. | Judgment |

FILED U.S. BANKRUPTCY COURT S.D. OF N.Y. 2011 JAN 25 A 10: 35