UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――X

| | |
|---|---|
| In Re: | **CHAPTER** 7 |
| Roy Den Hollander | **CASE NO.**: 11–10211–mg |
| Debtor(s) | |

―――――――――――――――――――――――――X

## AMENDED DISCHARGE OF DEBTOR ORDER OF FINAL DECREE

It has been brought to the Court's attention that the Discharge of Debtor Order of Final Decree entered in this case on April 26, 2011 was not in compliance with The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 due to a clerical error; and the Debtor having been required to comply with the Bankruptcy Code in effect at the time the discharge order was entered, see *Commissioner of Administrative Services v. Spell (In re Spell)*, 650 F.2d 375, 377 (2d Cir. 1981); it is hereby

**ORDERED** that pursuant to the power of this Court under 11 U.S.C. § 105(a) and Rule 60(a), which states that "[t]he court may correct a clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;" and is made applicable to bankruptcy cases under Federal Rule of Bankruptcy Procedure 9024, the order entered by the Court on April 26, 2011 is amended *nunc pro tunc* to comply with the Bankruptcy Code in effect at the time the discharge order was entered.

Dated: September 8, 2017
     New York , New York                                          /s/ Honorable Martin Glenn
                                                                       Hon. Martin Glenn
                                                                       U.S. Bankruptcy Judge

   *Inquiries concerning this order may be directed to the Clerk's Office, at 212−668−2870.

```
                         United States Bankruptcy Court
                         Southern District of New York
```

In re:                                                              Case No. 11-10211-mg
Roy Den Hollander                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0208-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 08, 2017
                               Form ID: 155amend            Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db              +Roy Den Hollander,     545 East 14 St,    10D,   New York, NY 10009-3024
tr              +Yann Geron,    Fox Rothschild LLP,    101 Park Avenue,    Suite 1700,    New York, NY 10178-1700
smg              N.Y. State Unemployment Insurance Fund,     P.O. Box 551,    Albany, NY 12201-0551
smg              New York City Dept. Of Finance,     345 Adams Street, 3rd Floor,
                  Attn: Legal Affairs - Devora Cohn,     Brooklyn, NY 11201-3719
smg             +United States Attorney's Office,     Southern District of New York,
                  Attention: Tax & Bankruptcy Unit,     86 Chambers Street, Third Floor,    New York, NY 10007-1825
5422906         +ADVANCED CALL CENTER LLC,     PO BOX 9090,    GRAY, TN 37615-9090
5422886         +AMERICAN EXPRESS,    PO BOX 981537,    EL PASO, TX 79998-1537
5422898          CAPITAL MANAGEMENT,    PO BOX 15316,    BUFFALO, NY 14210
5422888         +CHASE BANK,    800 BROOKSEDGE BLVD.,     WESTERVILLE, OH 43081-2822
5422890         +CITICARDS/CITIBANK,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
5422900         +CLIENT SERVICES INC.,    3451 HARRY TRUMAN BLVD.,    ST. CHARLES, MO 63301-9816
5422903          FIA CARD SERVICES,    PO BOX 15026,    WILMINGTON, DE 19850-5026
5422893          FOSTER & GARBUS,    PO BOX 9030,    FARMINGDALE, NY 11735
5422907         +HANNA & ASSOCIATES,    1427 ROSWELL RD,    MARIETTA, GA 30062-3668
5422889         +MACY'S,    9111 DUKE BLVD,    MASON, OH 45040-8999
5422901          NATIONWIDE CREDIT INC.,    2015 VAUGHN RD NW, 400,    KENNESAW, GA 30144-7802
5422896          OMNI CREDIT SERVICES,    PO BOX 31179,    ORLANDO, FL
5422908         +PHILLIPS & COHEN,    BOX 5790,    HAUPPAUGE, NY 11788-0164
5422902         +SAGE CAPITAL RECOVERY,    1040 KINGS HWY N,    CHERRY HILL, NJ 08034-1908
5422905         +UNITED COLLECTION BUREAU,     5620 SOUTHWYCK BLVD, 208,    TOLEDO, OH 43614-1501
5422904         +ZWICKER & ASSOCIATES PC,    PO BOX 101145,    BIRMINGHAM, AL 35210-6145
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 08 2017 21:09:44
                  New York State Tax Commission,     Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                  Albany, NY 12205-0300
ust             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 08 2017 21:07:31     United States Trustee,
                  Office of the United States Trustee,    U.S. Federal Office Building,
                  201 Varick Street, Room 1006,    New York, NY 10014-9449
5422885          E-mail/Text: bkr@cardworks.com Sep 08 2017 21:05:52     ADVANTA BANK CORP.,    PO BOX 8088,
                  PHILADELPHIA, PA 19101-8088
5422891          E-mail/Text: mrdiscen@discover.com Sep 08 2017 21:06:16     DISCOVER FINANCIAL SERVICES,
                  PO BOX 15316,    WILMINGTON, DE 19850
5422895         +E-mail/Text: data_processing@fin-rec.com Sep 08 2017 21:07:20     FINANCIAL RECOVERY SYSTEMS,
                  PO BOX 385908,    MINNEAPOLIS, MN 55438-5908
5422899         +E-mail/Text: bankruptcydepartment@tsico.com Sep 08 2017 21:09:22     NCO FINANCIAL SYSTEMS,
                  PO BOX 15630, DEPT. 72,    WILMINGTON, DE 19850-5630
5422897         +E-mail/Text: bankolist@praxis-financial.com Sep 08 2017 21:08:39     PRAXIS FINANCIAL SOLUTIONS,
                  7331 N LINCOLN AVE, STE 8,    LINCOLNWOOD, IL 60712-1766
5422892          E-mail/Text: appebnmailbox@sprint.com Sep 08 2017 21:07:42     SPRINT,    PO BOX 105243,
                  ATLANTA, GA 30348-5243
5422894          E-mail/Text: bnc@alltran.com Sep 08 2017 21:06:25     UNITED RECOVERY SYSTEMS,    PO BOX 722910,
                  HOUSTON, TX 77272-2910
                                                                                                TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5422887        ##+BANK AMERICA,    PO BOX 17054,    WILMINGTON, DE 19850-7054
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0208-1          User: admin                Page 2 of 2                  Date Rcvd: Sep 08, 2017
                              Form ID: 155amend          Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              Yann  Geron    ygeron@foxrothschild.com,
                ygeronnys@ecf.epiqsystems.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com
                                                                                             TOTAL: 1
```